**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFREY T. PRICE,

    Plaintiff,       Case No. 17-10601

v.

     Honorable Nancy G. Edmunds

DON EDWARDS ET. AL.,

    Defendants.
_____/

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FEBRUARY 28, 2020 REPORT AND RECOMMENDATION [70]

Pending before the Court is the magistrate judge's February 24, 2020 report and recommendation (ECF No. 70). As a final resolution to this dispute, the magistrate judge recommends the Court to find that Plaintiff is not required to register under SORA, either for a period of 25 years or for life; and that Plaintiff is not obligated to pay the annual fees as set out in M.C.L. § § 28.725(a)(6)(b)-(c) and 28.725b(3). The magistrate judge further recommends that the case be dismissed with prejudice, pursuant to the parties' settlement agreement.

The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation in its entirety, and orders

1

that Plaintiff is not required to register under SORA, either for a period of 25 years or for life; and that Plaintiff is not obligated to pay the annual fees as set out in M.C.L. § § 28.725(a)(6)(b)-(c) and 28.725b(3).

It is further ordered that Plaintiff's complaint is hereby **DISMISSED** with prejudice.

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 25, 2020